No. 00M90. BRINSON *v.* HALL, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 128, Orig. ALASKA *v.* UNITED STATES. · Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $12,963.14 for the period October 16, 2000, through April 16, 2001, to be paid equally by the parties. [For earlier order herein, see, *e. g., ante,* p. 1006.]

No. 99–1786. GREAT-WEST LIFE & ANNUITY INSURANCE CO. ET AL. *v.* KNUDSON ET AL. C. A. 9th Cir. [Certiorari granted, 531 U. S. 1124.] Motions of Self-Insurance Institute of America, Inc. (SHA), National Association of Subrogation Professionals, Inc., AARP et al., American Association of Health Plans et al., and Central States, Southeast and Southwest Areas Health and Welfare Fund for leave to file briefs as *amici curiae* granted.

No. 00–795. ASHCROFT, ATTORNEY GENERAL, ET AL. *v.* FREE SPEECH COALITION ET AL. C. A. 9th Cir. [Certiorari granted *sub nom. Holder* v. *Free Speech Coalition,* 531 U. S. 1124.] Motion of National Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 00–927. CHAO, SECRETARY OF LABOR *v.* MALLARD BAY DRILLING, INC. C. A. 5th Cir. [Certiorari granted, 531 U. S. 1143.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 00–1045. · TRW INC. *v.* ANDREWS. C. A. 9th Cir. [Certiorari granted, *ante,* p. 902.] Motion of petitioner for leave to file a supplemental joint appendix under seal granted.

No. 00–8349. DELESPINE *v.* RODRIGUEZ ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 955] denied.